UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AMY N. MICKELSON,

    Plaintiff,

    v.                                                            Case No. 14-CV-37

CABELA'S WHOLESALE, INC.,

    Defendant.

## STIPULATION OF DISMISSAL

**NOW COMES** the Plaintiff by her attorneys, Hawks Quindel, S.C., by Colin B. Good and Nicholas E. Fairweather, and the Defendant by its attorneys, Littler Mendelson, PC, by Daniel P. McAlvanah, and pursuant to an out of court resolution hereby stipulate that the above-captioned action may be dismissed with prejudice and without costs to either party.

Dated this 7th day of January, 2015.

                                      s/ Colin B. Good
                                    Nicholas E. Fairweather
                                    Colin B. Good
                                    Hawks Quindel, S.C.
                                    Attorneys for Plaintiff, Amy N. Mickelson
                                    222 West Washington Avenue
                                    Suite 450
                                    Madison, WI 53701-2155
                                    Telephone: (608) 257-0040
                                    Facsimile: (608) 256-0236
                                    nfairweather@hq-law.com
                                    cgood@hq-law.com

s/ Daniel P. McAlvanah
Daniel P. McAlvanah
Littler Mendelson, PC
Attorneys for Defendant, Cabela's Wholesale, Inc.
111 East Kilbourn Avenue
Suite 1000
Milwaukee, WI 53202
Telephone: (414) 291-5536
Facsimile: (414) 755-0868
dmcalvanah@littler.com
